IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-147-RLV-DCK

| | |
|---|---|
| JACK STRATTON, on behalf of the United States of America, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| MECKLENBURG COUNTY, RICHARD JACOBSEN, TYRONE WADE, ROBERT ADDEN, in their personal and official capacities, | )<br>)<br>)<br>)<br>) |
| MARTHA CURREN, in her personal capacity, DAVID CAYER, YVONNE MIMS-EVANS, ELIZABETH MILLER-KILLEGREW, LISA BELL, LOUIS TROSCH JR., HUGH B. LEWIS, RICKYE-MCCOY MITCHELL, REGAN MILLER, REBECCA THORNE-TIN, FRITZ MERCER, RESA HARRIS, AVRIL SISK, in their personal capacities, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| COUNCIL FOR CHILDREN'S RIGHTS, BRETT LOFTIS, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To File In Camera And Seal Complaint" (Document No. 3) filed March 30, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion and applicable law, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To File In Camera And Seal Complaint" (Document No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of the "Qui Tam Complaint" (Document No. 1) and other material evidence and information on the United States Government, consistent with the dictates of 31 U.S.C. § 3730(b)(2) and Rule 4(i) of the Federal Rules of Civil Procedure, and file proof of such service with the Court within **ten (10)** days of its being achieved.

Signed: May 3, 2010

David C. Keesler
United States Magistrate Judge